1 | SUE FAHAMI
Acting United States Attorney
2 | District of Nevada
Nevada Bar Number 5634
3 | LAUREN IBANEZ
Assistant United States Attorney
4 | 501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
5 | Tel: (702) 388-6336
Lauren.ibanez@usdoj.gov
6 | Attorneys for the United States

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER 702-501-8509 THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE<br><br>IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF GPS AND CELL SITE INFORMATION ON CELLULAR TELEPHONE NUMBER 702-501-8509 | Case No. 2:24-mj-00978-EJY<br><br>**MOTION TO UNSEAL** |

The United States of America, by and through its attorneys, Sue Fahami, Acting United States Attorney, and Lauren Ibanez, Assistant United States Attorney, hereby moves this Court for an Order to unseal the above captioned case number and all documents therein.

///

///

1

1    The legal process in these matters were issued and sealed at that time to protect the
2    integrity of an ongoing investigation. Subsequently, the investigation resulted in an indictment
3    in *United States v. Knowledge Rodriguez, et al.*, case number 2:25-cr-0004-JCM-BNW.

4    The Government seeks to unseal the above captioned matter so that documents can be
5    provided in discovery.

6    DATED this 26th day of March, 2025.

        Respectfully submitted,

        SUE FAHAMI
        Acting United States Attorney

        */s/ Lauren Ibanez*

        LAUREN IBANEZ
        Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER 702-501-8509 THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE<br><br>IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF GPS AND CELL SITE INFORMATION ON CELLULAR TELEPHONE NUMBER 702-501-8509 | Case No. 2:24-mj-00978-EJY<br><br>**ORDER** |

Based on the Motion of the Government, and good cause appearing therefore,

IT IS HEREBY ORDERED that the instant cases shall be unsealed.

DATED this 31st day of March, 2025.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1